IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ADAM LEE ELDRIDGE                                                              PLAINTIFF

V.                                                          CIVIL ACTION NO. 1:19-CV-23-SA-DAS

BP AMERICA PRODUCTION COMPANY, *and*
BP EXPLORATION & PRODUCTION, INC.                                              DEFENDANT

ORDER DISMISSING CASE

The Plaintiff filed his complaint against the Defendants in the Eastern District of Louisiana on August 31, 2018. On January 23, 2019 that Court ordered that the action be transferred to the Northern District of Mississippi. The Clerk of this Court opened the action the following day, sending notices to counsel, including notices to Plaintiff's counsel of failure to be admitted to practice. Counsel for the Plaintiff did not move to withdraw, enter an appearance, associate local counsel, nor move to be admitted *pro hac vice*. On February 28 this court entered its Order [15] requiring counsel for the plaintiff to move for admission, to withdraw, or to dismiss the action within fourteen days. They failed to comply with the order of the court. On April 2, 2019, this Court entered and Order to Show Cause [18] as to why this case should not be dismissed for failure to comply with this Court's previous orders. The Plaintiff again failed to respond, and has not participated in the prosecution of this case since its filing.

This CASE is DISMISSED without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to comply with this Court's orders.

It is SO ORDERED, on this the 5th day of June, 2019.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE